KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

DOUGLAS W. GREENE, ESQ.
(*pro hac vice* forthcoming)
dgreene@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:   212.589.4200
Facsimile:    212.589.4201

*Attorneys for Defendants DAVID LOPEZ, KIMO AKIONA,
DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE E.
LANDAU, ADAM CHIBIB, GEOFF FREEMAN, and ANNA
MASSION and Nominal Defendant PLAYAGS, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANJAN A. CHOWDHURY, Derivatively on Behalf of Nominal Defendant PLAYAGS, INC., | Case No. 2:22-cv-00489 (RFB) |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE E. LANDAU, ADAM CHIBIB, GEOFF FREEMAN, and ANNA MASSION, | |
| Defendants, | |
| and | |
| PLAYAGS, INC., a Nevada Corporation, | |
| Nominal Defendant. | |

1

RULE 7.1 CERTIFICATE OF INTERESTED PARTIES

24074157.2

Pursuant to FRCP 7.1 and LR 7.1-1, the undersigned, attorneys of record for Defendants David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette E. Landau, Adam Chibib, Geoff Freeman, and Anna Massion, and Nominal Defendant PlayAGS Inc., certify that the following may have a direct, pecuniary interest in the outcome of this case and/or are the parent, subsidiary, affiliate and/or insider of the named nongovernmental, corporate party, and/or a publicly held corporation owning ten percent (10%) or more of its stock:

1.    Apollo Gaming Holdings, L.P.

2.    AP Gaming Voteco, LLC

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

DATED this 22nd day of April, 2022.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: _/s/ Kirk B. Lenhard_
KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Telephone:  702.382.2101
Facsimile:   702.382.8135

BAKER & HOSTETLER LLP

DOUGLAS W. GREENE, ESQ.
(*pro hac vice* forthcoming*)*
dgreene@bakerlaw.com
45 Rockefeller Plaza
New York, NY  10111
Telephone:  212.589.4200
Facsimile:   212.589.4201

*Attorneys for Defendants David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette E. Landau, Adam Chibib, Geoff Freeman, and Anna Massion, and Nominal Defendant PlayAGS Inc.*

RULE 7.1 CERTIFICATE OF INTERESTED PARTIES
24074157.2

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that on the 22nd day of April, 2022, I served a true and correct copy of the foregoing CERTIFICATE OF INTERESTED PARTIES, via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Paula Kay*_____

an employee of Brownstein Hyatt Farber
Schreck, LLP

RULE 7.1 CERTIFICATE OF INTERESTED PARTIES

24074157.2