John P. Aldrich
Nevada Bar No. 6877
 *jaldrich@johnaldrichlawfirm.com*
ALDRICH LAW FIRM, LTD.
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702.853.5490
Facsimile: 702.227.1975

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANJAN A. CHOWDHURY, Derivatively on Behalf of Nominal Defendant PLAYAGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE E. LANDAU, ADAM CHIBIB, GEOFF FREEMAN, and ANNA MASSION,<br><br>Defendants,<br><br>and<br><br>PLAYAGS, INC.,<br><br>Nominal Defendant | Case No. 2:22-cv-00489-ART-DJA<br><br>**ORDER FOR VOLUNTARY DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
Case No. 2:22-cv-00489-ART-DJA

WHEREAS, on March 18, 2022, Manjan A. Chowdhury ("Plaintiff") commenced the above-captioned action allegedly on behalf of PlayAGS, Inc. ("AGS") against the Defendants David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette E. Landau, Adam Chibib, Geoff Freeman, and Anna Massion ("Individual Defendants"), alleging breach of fiduciary duty and contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, on June 9, 2022, the Court granted the parties' stipulation staying proceedings pending resolution of the motions to dismiss (and exhaustion of any appeals) filed in the related action, captioned *In re PlayAGS, Inc. Securities Litigation*, Case No. 2:20-cv-01209-JCM-NJK (the "Securities Class Action") (*See* ECF No. 16);

WHEREAS, on December 2, 2022, the motions to dismiss the Securities Class Action were granted-in-part and denied-in-part;

WHEREAS, on December 5, 2022, the parties in this action filed a joint status report advising the Court of the December 2 opinion in the Securities Class Action and their expectation that the Securities Class Action Plaintiff would file an amended complaint, and requesting that this derivative action remain stayed pending resolution of the motion to dismiss process in the Securities Class Action (ECF No. 19);

WHEREAS, on December 6, 2022, this Court granted the parties' joint request to continue the stay pending resolution of the motion to dismiss process in the Securities Class Action (ECF No. 20);

WHEREAS, on January 3, 2023, the Securities Class Action Plaintiff filed a notice of intent not to amend the operative complaint in the Securities Class Action;

WHEREAS, on January 17, 2023, AGS and Defendants Lopez and Akiona ("Executive Defendants") filed an Answer in the Securities Class Action and a Motion for Judgment on the Pleadings on the sole remaining claim;

WHEREAS, on January 27, 2023, the Court granted the parties' stipulation staying proceedings pending resolution of the Motion for Judgment on the Pleadings in the Securities Class Action pursuant to Paragraph 3 of the Parties' so-ordered stipulation (ECF No. 16);

1     WHEREAS, on February 12, 2024, the Court granted the AGS and Executive Defendants' motion for judgment on the pleadings and dismissed the Securities Class Action with prejudice;

    WHEREAS, on March 14, 2024, the Securities Class Action Plaintiff filed a notice of appeal, which was docketed as *Oklahoma Police Pension and Retirement System v. PlayAGS, Inc., et al.*, No. 24-01701 (9th Cir.) (the "Securities Class Action Appeal");

    WHEREAS, on December 18, 2024, the Court granted the parties' joint request to stay proceedings pending final decision in the Securities Class Action Appeal (ECF No. 30);

    WHEREAS, on March 27, 2025, the Ninth Circuit Court of Appeals affirmed the dismissal of the Securities Class Action;

    WHEREAS, as a result of the foregoing, Plaintiff wishes to voluntarily dismiss this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice to Plaintiff, AGS, and/or any other AGS shareholder;

    WHEREAS, the parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of this Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with this Action; and

    WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any AGS shareholder, or AGS itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal;

    NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

    1.    This Action shall be dismissed without prejudice as to Plaintiff, AGS, and/or any other AGS shareholder; and

    2.    The Parties shall bear their own fees and costs in connection with this Action.

//

//

DATED this 17th day of April 2025.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **ALDRICH LAW FIRM, LTD.** |
| BY: /s/ Kirk B. Lenhard<br>Kirk B. Lenhard, Esq.<br>Nevada Bar No. 1437<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>Email: klenhard@bhfs.com | BY: /s/ John P. Aldrich<br>John P. Aldrich, Esq.<br>Nevada Bar No. 6877<br>7866 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: 702.853.5490<br>Facsimile: 702.227.1975 |
| **BAKER & HOSTETLER LLP**<br>Douglas W. Greene<br>(*pro hac vice* forthcoming)<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>Email: dgreene@bakerlaw.com | **GLANCY PRONGAY & MURRAY LLP**<br>Pavithra Rajesh<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: prajesh@glancylaw.com |
| *Attorneys for Defendants David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette E. Landau, Adam Chibib, Geoff Freeman, and Anna Massion, and Nominal Defendant PlayAGS Inc.* | Benjamin I. Sachs-Michaels<br>745 Fifth Avenue, Fifth Floor<br>New York, NY 10151<br>Telephone: 212.935.7400<br>Facsimile: 212.756.3630<br>Email: bsachsmichaels@glancylaw.com<br><br>*Counsel for Plaintiff Manjan Chowdhury* |

## ORDER

**IT IS SO ORDERED:** 5/27/2025

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE